# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ABSOLUTE BUSINESS SOLUTIONS, INC., *et al.*, | Case No. 2:15-cv-01325-JCM-CWH |
| Plaintiffs, | **ORDER** |
| vs. | |
| MORTGAGE ELECTRONIC REGISTRATION SYS. INC. (MERS), , *et al.*, | |
| Defendants. | |

Before the Court is Defendant Irma Mendez's ("defendant") Motion to File Electronically (doc. # 41), filed December 2, 2015.

In her motion, defendant asks to be allowed to engage in electronic case filings in this action. See Doc. # 41. Defendant alleges she satisfies the requirements for filing electronically, including having an email account, the necessary hardware and software required to file electronically, and knowledge of the CM/ECF system. Id. Pursuant to the Court's Special Order # 109, the Court grants defendant's motion.

Accordingly, **IT IS HEREBY ORDERED** that defendant's Motion to File Electronically (doc. # 41) is **granted**. Defendant must comply with the following procedures before filing electronically in this action:

    a.    On or before **Friday, December 11, 2015**, defendant shall provide certification that she has completed the CM/ECF tutorial and is familiar with Electronic Filing Procedures, Best Practices, and the Civil & Criminal Events Menu that are accessible on this Court's website,

www.nvd.uscourts.gov.

b. Defendant is not authorized to file electronically until said certification is filed with the Court within the time frame specified.

DATED: December 3, 2015

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**