**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ABSOLUTE BUSINESS SOLUTIONS, INC., | Case No.:  2:15-CV-01325-RCJ-NJK |
| Plaintiff, | |
| vs. | **ORDER** |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., *et al.*, | |
| Defendants. | |
| IRMA MENDEZ, | |
| Plaintiff, | |
| vs. | |
| WRIGHT, FINDLAY AND ZAK LLP, *et al.*, | |
| Defendants. | |

Presently before the Court is Federal National Mortgage Association and Intervenor Federal Housing Finance Agency's Motion to Consolidate Action with Case No.: 2:15-CV-01338-GMN-CWH (ECF #20); Defendant Irma Mendez Motion for Summary Judgment (ECF #24); Plaintiff, Absolute Business Solutions, Inc.'s, Motion for Summary Judgment Against Defendant, Irma Mendez (ECF #30); Sanctions and or Reprimand Against Attorney's Wright, Findlay and Zak for Their Outrageous Malicious Conduct (ECF #45); Defendants Wright, Finlay & Zak, LLP's and Seterus, Inc.'s Motion to Dismiss Mendez's Complaint (ECF #11); and Plaintiff's Motion to Dismiss Counterclaim Filed by Joel Stokes, Sandra Stokes & Their Jimijack Irrevocable Trust "DOC 8" (ECF #18).  Accordingly,

IT IS HEREBY ORDERED that Oral Argument is set for 09:00 A.M., Friday, July 29, 2016, in LAS VEGAS COURTROOM 4B, before Judge Robert C. Jones.

IT IS SO ORDERED this 18th day of July, 2016.

ROBERT C. JONES
District Judge